IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-02540-WDM-BNB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ANDREW P. EVERETT,

  Defendant.

## ORDER ON PARTIES' CONSENT JUDGMENT

Miller, J.

  This matter is before me on Plaintiff's motion for entry of consent decree, filed January 19, 2006.  I agree that the terms of the stipulation, signed by both parties on January 18, 2006, are appropriate, as modified below.

  Accordingly, it is ordered:

1. Defendant is indebted to Plaintiff in the sum of  $12,765.97, together with all costs of suit, for all of which Plaintiff may have its execution.

2. Post-judgment interest shall accrue at the current legal rate in effect at the time of entry of this judgment, and will be compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. Section 1961(b), as amended.

3. The promissory note on which the Complaint in this action was based, having been tendered to the Court, is merged into the judgment and shall be noted thereon.

4. Defendant shall pay Plaintiff costs in the sum of $250.00 for court filing fees

pursuant to 28 U.S.C. § 1914(a), and cost of service of process in the amount of $75.00, which total costs shall be $325.00.

5. Judgment shall enter accordingly.

DATED at Denver, Colorado, on January 30, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge